# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05CR211 |
|---|---|---|
| | ) | |
| | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| (01) JOYCE KAY GODWIN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss Counts Five and Six of the indictment herein as to the captioned Defendant.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and Counts Five and Six of the indictment herein are hereby **DISMISSED** as to this Defendant.

**IT IS FURTHER ORDERED** that the Government's motion for leave to renumber the counts of the Bill of Indictment for trial to reflect such dismissal and the dismissal of co-Defendants is **DENIED**. It is the Court's custom to provide the jury with a redacted copy of the indictment that reflects any dismissed charges and/or defendants.

Signed: April 14, 2006

Lacy H. Thornburg
United States District Judge