IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR211

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOYCE KAY GODWIN | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. *See United States v. Godwin*, 2007 WL 2298128 (4th Cir. 2007).

A revised presentence report is unnecessary for this hearing. The Defendant's appellate attorney, Fredilyn Sison, remains in the case as defense counsel.

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **TUESDAY, OCTOBER 30, 2007, AT 9:30 AM**, at the U.S. Courthouse in **Asheville, North Carolina.**

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from her place of incarceration to the hearing and return her thereto after resentencing. The

United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that she may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit copies of this Order electronically to the Federal Defender, the United States Attorney, the United States Marshal, the United States Probation Office, and to the Warden of the correctional facility where the Defendant is currently incarcerated; a copy of this Order shall be mailed to the Defendant.

Signed: September 12, 2007

Lacy H. Thornburg
United States District Judge