**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:05CR211**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOYCE KAY GODWIN** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the sealed motion of Defendant's counsel to withdraw.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel, Raquel K. Wilson, to withdraw is **ALLOWED**, and Ms. Wilson is hereby relieved of further responsibility for the representation of the Defendant herein.

**IT IS FURTHER ORDERED** that Carol Ann Bauer be appointed to represent the Defendant for the remaining proceedings.

Signed: March 21, 2008

Lacy H. Thornburg
United States District Judge