# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:05-cr-00211-MR-DLH-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JOYCE KAY GODWIN. | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for transfer to a halfway house for the last six months of her sentence. [Doc. 156].

The Bureau of Prisons (BOP) has the authority to designate the location of an inmate's place of imprisonment. 18 U.S.C. § 3621(b). Before seeking relief from any court regarding the designation of the place of confinement, a defendant must exhaust all administrative remedies through the Bureau of Prisons. See, e.g., Richmond v. Scibana, 387 F.3d 602, 604 (7th Cir. 2004). Once all administrative remedies have been exhausted, a defendant may challenge such placement only by filing the appropriate pleading in the district court located in the district of

confinement, not the sentencing court.  See Matheny v. Morrison, 307 F.3d 709, 711-12 (8th Cir. 2002).

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for transfer [Doc. 156] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 19, 2014

Martin Reidinger
United States District Judge